OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

UTF
Paroled

**4/17/2015**
**Godinez, Marco Antonio**          Tr. Ct. No.                    WR-83,149-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

MARCO ANTONIO GODINEZ
GOREE UNIT - TDC # 1898548
7405 HWY 75 SOUTH
HUNTSVILLE, ~~TX~~                                    U TF